## Hubert WILLIAMS v. STATE.
### No. 16070.

Court of Criminal Appeals of Texas.
June 7, 1933.

E. T. Adams, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Burglary of a private residence at nighttime is the offense; penalty assessed at confinement in the penitentiary for a period of five years.

No statement of the facts heard in the trial court accompanies the record. There is a motion for a continuance. This cannot be appraised in the absence of the statement of facts. Moreover, the action of the court upon it is not criticized in any bills of exception. There are exceptions to the court's charge, the materiality of which cannot be determined in the absence of the statement of facts.

The judgment is affirmed.

## Edward Lee KING v. Bertha DEATHERAGE.
### No. 2844.

Court of Civil Appeals of Texas. El Paso.
June 1, 1933.

Rehearing Denied June 29, 1933.

L. D. Johnston, of Waxahachie, for appellant.

Mark Smith, of Waxahachie, for appellee.

WALTHALL, Justice.

This case presents an appeal from a judgment awarding damages in a breach of promise to marry suit.

Only one question is presented. Appellant submits that the verdict and the judgment based thereon is excessive.

We have reviewed the entire record. The court submitted the case to the jury instructing a verdict for appellee in such sum as the jury may find from the evidence that appellee had been damaged "by reason of the acts, conduct and breach of promise of the defendant."

The jury assessed the appellee's damages at $10,000. This appeal is prosecuted from that judgment. In our opinion the verdict and judgment is not excessive.

The case is affirmed.